```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 03478
    TISHAWN A BENTLEY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7024


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/28/2007 and was not confirmed.

     The case was dismissed without confirmation 07/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   22054.00             .00         1106.20
CAPITAL ONE AUTO FINANCE  UNSECURED        2432.45             .00             .00
COOK COUNTY TREASURER     SECURED              .00             .00             .00
DAVID ASH                 SECURED          2063.00             .00           69.39
WASHINGTON MUTUAL         CURRENT MORTG        .00             .00             .00
WASHINGTON MUTUAL         MORTGAGE ARRE        .00             .00             .00
AMERICASH LOANS LLC       UNSECURED         253.11             .00             .00
T MOBILE                  UNSECURED       NOT FILED            .00             .00
SUPERIOR ASSET MANAGEMEN  NOTICE ONLY     NOT FILED            .00             .00
ANNITA JOHN               UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         3278.94            .00             .00
COLLECT AMERICA LTD       UNSECURED          618.60            .00             .00
COLUMBUS BANK & TRUST     UNSECURED       NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED         1348.40            .00             .00
CREDIT ONE BANK           UNSECURED       NOT FILED            .00             .00
HORSESHOE CASINO HAMMOND  UNSECURED       NOT FILED            .00             .00
FIRST CONSUMERS NATL BAN  UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          273.09            .00             .00
MIDLAND FINANCE           UNSECURED       NOT FILED            .00             .00
CRANDON EMERGENCY PHYS    UNSECURED       NOT FILED            .00             .00
OSI COLLECTION SERVICES   NOTICE ONLY     NOT FILED            .00             .00
PEDIATRIC ASSOCIATES PC   UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1073.77            .00             .00
RMI/MCSI                  UNSECURED          250.00            .00             .00
BYLANE HOME               UNSECURED       NOT FILED            .00             .00
VERIZON WIRELESS          UNSECURED       NOT FILED            .00             .00
AMERICASH LOANS LLC       UNSECURED         4008.53            .00             .00
DAMITA BUFFINGTON & ASSO  DEBTOR ATTY      2,324.00                          66.77
TOM VAUGHN                TRUSTEE                                            82.64
DEBTOR REFUND             REFUND                                               .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03478 TISHAWN A BENTLEY

```
TRUSTEE                                    1,325.00

PRIORITY                                                          .00
SECURED                                                      1,175.59
UNSECURED                                                         .00
ADMINISTRATIVE                                                  66.77
TRUSTEE COMPENSATION                                            82.64
DEBTOR REFUND                                                     .00
                                       ---------------  ---------------
TOTALS                                     1,325.00          1,325.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
Dated: 10/18/07                        _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```